STATE OF NEW JERSEY v. PAUL KELLY.

June 10, 1981.

Leave to appeal denied.

STATE OF NEW JERSEY v. GREGORY COLLINS.

June 10, 1981.

Petition for certification denied.

RAYMOND MCCARTHY v. CITY OF ELIZABETH.

June 10, 1981.

Petition for certification denied.

ERCELLE JACKSON v. CUSTER HOLDING CORPORATION.

June 10, 1981.

Petition for certification denied.

STATE IN THE INTEREST OF K. P.

June 10, 1981.

Petition for certification denied.